IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYLER BRAXTON DENBY,<br><br>        Plaintiff,<br><br>vs.<br><br>SERGEANT BLANCO, in his individual capacity;<br><br>        Defendant. | 8:24CV221<br><br>ORDER |

IT IS ORDERED:

1) Plaintiff's motion to appoint counsel, Filing No. 13, is denied for the reasons stated in the Court's prior memorandum and order, Filing No. 12.

2) Plaintiff's deadline for filing an amended complaint is extended to October 20, 2025.

3) The Clerk shall terminate the September 25, 2025, deadline for filing an amended complaint, and shall set a pro se case management deadline using the following text: **October 20, 2025**: check for amended complaint.

Dated this 19th day of September, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge